IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT HUNTINGTON

JENNI KOVICH, INDIVIDUALLY AND ON
BEHALF OF ALL SIMILARLY SITUATED
INSUREDS,

    Plaintiff,

v.

    Civil Action No. 3:20-cv-00518
    Honorable Robert C. Chambers

NATIONWIDE PROPERTY & CASUALTY
INSURANCE COMPANY, A FOREIGN
CORPORATION, AND CODY
MCCONNELL,

    Defendants.

### DISMISSAL ORDER

Came this day the parties to the above-styled action, by their respective counsel. Whereupon the Court was advised that all claims, matters and issues in dispute and disagreement as between the parties has been resolved by agreement. And whereupon motion was made that the Court dismiss the present action from the docket of the Court, with the parties to be responsible for their own attorney fees and expenses.

And the Court, based on the agreement of the parties, does hereby **ORDER** that the present action is **DISMISSED WITH PREJUDICE**, with the parties to be responsible for their own attorney fees and expenses.

ENTERED this 5th day of Dec, 20__.

_____
Honorable Robert C. Chambers

34074/2279

**Prepared by:**

/s/ *Brent K. Kesner*

Brent K. Kesner (WVSB #2022)
Ernest G. Hentschel, II (WVSB #6006)
**Kesner & Kesner, PLLC**
112 Capitol Street
P. O. Box 2587
Charleston, WV  25329
*Counsel for Plaintiff*


Robert V. Berthold, Jr. (WVSB #326)
Robert V. Berthold, III (WVSB #11065)
**Berthold Law Firm, PLLC**
208 Capitol Street
P. O. Box 3508
Charleston, WV  25335
*Counsel for Plaintiff*

**Approved by:**

/s/ *Marc E. Williams* w/permission

Marc E. Williams (WVSB #4062)
**Nelson, Mullins, Riley and Scarborough LLP**
P.O. Box 1856
Huntington, WV  25719
*Counsel for Defendants*


/s/ *Jennifer A.L. Battle* w/permission

Jennifer A.L. Battle (WVSB #85761)
Michael Carpenter (WVSB #15733)
**Carpenter Lipps & Leland, LLP**
280 Plaza, Suite 1300
280 North High Street
Columbus, OH 43215
*Counsel for Defendant*